Hakeem MUSTAFA ALI MOHAMED,
Plaintiff–Appellant,

v.

Deputy FRYE, # 8825, Defendant–
Appellee.

No. 02–7487.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 21, 2002.

Decided Dec. 4, 2002.

Hakeem Mustafa Ali Mohamed, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Hakeem Mustafa Ali Mohamed appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Mohamed v. Frye*, No. CA–02–682–2 (E.D. Va. filed Sept. 5, 2002; entered Sept. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*